UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MIANEE JOSEPH                                CIVIL ACTION

VERSUS                                       NO: 10-689

SENTRY SELECT INSURANCE COM-                 SECTION: "J" (1)
PANY ET AL.

**ORDER**

Before the Court is Plaintiff's **Motion for a New Trial (Rec. Doc. 65).** Plaintiff urges the Court to grant a new trial, arguing that the jury verdict was against the "clear" or "great" weight of the evidence, and a new trial is therefore necessary to prevent a miscarriage of justice. Byrd v. Blue Ridge Rural Elec. Co-op., Inc., 356 U.S. 525, 540 (1958).

Plaintiff has not argued any new facts or law nor has she shown that the verdict was against the weight of the evidence. Accordingly, **IT IS ORDERED** that Plaintiff's **Motion for a New Trial** (Rec. Doc. 65) is **DENIED. IT IS FURTHER ORDERED** that Plaintiff's request for **oral argument (Rec. Doc. 66)** is **DENIED**.

New Orleans, Louisiana this 12th day of January, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE